IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, STATE OF CALIFORNIA
DOCKET NUMBER 8:26-CV-01489-FWS-BFM

JOSEPH JAMES AND BRIAN MCBRIDE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,
              Plaintiff,

        vs.

ARSALAN GHANBARI; MOHAMMAD GHAFARINIA a/k/a MATT NIA; DANIEL GAVILANES; BETTER RISE CAPITAL LLC, BETTER TAX RELIEF, LLC; BETTER COMPANIES LLC; LENDVIA LLC; RANGE VIEW MANAGEMENT LLC; AND DOES 1 THROUGH 10, INCLUSIVE;
              Defendant,

RETURN OF SERVICE

I, George Gliem of Day & Night Process Serving LLP hereby certify, that I am over the age of 21 years old; that I am not a party to the lawsuit; that I received the within **Summons in a Civil Action and First Amended Class Action Complaint and Demand for Jury Trial** and served the same at **1912 Capitol Avenue, Suite 500, (Paracorp Incorporated), Cheyenne, Wyoming** on **July 24, 2026** at **1:35 p.m.** by delivering a true, full and correct copy of the same, together with all endorsements to: **Jade Knebl, Secretary for Paracorp Incorporated as Registered Agent for Range View Management, LLC.**

6. _____        Upon an Attorney of record or other Agent for Service.
7. __X__          Upon a corporation, by delivery of copies to their Registered Agent.
8. _____        A person in charge of, or chief executive officer thereof or to the secretary, clerk of its principal office, or place of business (Department or agency of the state, municipal or other public corporation.)

Description of Person Served:
| | | | |
|---|---|---|---|
| Sex: | Female | Skin Color: | White |
| Height: | 5'4 - 5'8 | Weight: | 131 - 160 Pounds |
| Hair Color: | Black | Eye Color: | Brown |
| Age: | 20's years old | Glasses: | Yes |

James v. Ghanbari et al                    1                    8:26-CV-01489-FWS-BFM

I declare under the penalty of perjury that this information is true.

**George Gliem**
Day & Night Process Serving
PO Box 21015
Cheyenne, Wyoming 82003
(307) 634-7085

Subscribed and sworn to before me this _____ day of July, 2026 by **George Gliem**.

Notary Public

My Commission Expires: Mar. 19, 2030

Cost of Service:      $50.00
Client's Name:        **Javitch Law Office**
Hearing Date:         **Within 21 Days of Service**

DIANE EDGAR
NOTARY PUBLIC
STATE OF WYOMING
COMMISSION ID: 158986
MY COMMISSION EXPIRES: MAR 19, 2030

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
**Central District of California**

| | |
|---|---|
| JOSEPH JAMES and BRIAN McBRIDE, individually and on behalf of all others similarly situated,<br><br>     *Plaintiffs.*<br><br>v.<br><br>ARSALAN GHANBARI; MOHAMMAD GHAFARINIA a/k/a MATT NIA; DANIEL GAVILANES; BETTER RISE CAPITAL LLC; BETTER TAX RELIEF, LLC; BETTER COMPANIES LLC; LENDVIA LLC; RANGE VIEW MANAGEMENT LLC; and DOES 1 through 10, inclusive.<br><br>     *Defendants.* | Civil Action No. 8:26-cv-01489-FWS-BFM |

## SUMMONS IN A CIVIL ACTION

*To: (Defendant's name and address)*
**RANGE VIEW MANAGEMENT LLC**
c/o Payam Sadeghi, Registered Agent
15303 Ventura Blvd., Ste. 1190
Sherman Oaks, CA 91403

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Mark L. Javitch (CA SBN 323729)
    Javitch Law Office
    3 East 3rd Ave., Ste. 200
    San Mateo, CA 94401
    Telephone: (650) 781-8000
    mark@javitchlawoffice.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __July 13, 2026__



CLERK OF COURT

*Trina DeBose*
_____
Signature of Clerk or Deputy Clerk

Case 8:26-cv-01489-FWS-BFM    Document 15    Filed 07/29/26    Page 4 of 4    Page ID
#:136
Case 8:26-cv-01489-FWS-BFM    Document 10    Filed 07/06/26    Page 1 of 33    Page ID
#:50

Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343
mark@javitchlawoffice.com

*Attorneys for Plaintiffs Joseph James and Brian McBride*
and the Putative Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JAMES and BRIAN McBRIDE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARSALAN GHANBARI; MOHAMMAD GHAFARINIA a/k/a MATT NIA; DANIEL GAVILANES; BETTER RISE CAPITAL LLC; BETTER TAX RELIEF, LLC; BETTER COMPANIES LLC; LENDVIA LLC; RANGE VIEW MANAGEMENT LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:26-cv-01489-FWS-BFM<br><br>**FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>1. Violation of 47 U.S.C. § 227(b)<br>2. Declaratory Judgment (28 U.S.C. § 2201)<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs Joseph James and Brian McBride ("Plaintiffs"), individually and on behalf of all others similarly situated, bring this action against Defendants Arsalan Ghanbari, Mohammad Ghafarinia, Daniel Gavilanes, Better Rise Capital LLC, Better Tax Relief, LLC, Better Companies LLC, Lendvia LLC, Range View Management LLC, and

FIRST AMENDED COMPLAINT                    1                    8:26-cv-01489-FWS-BFM