# EXHIBIT 3

Still frames from the Verified Consent session recording of November 11, 2025 (Social Security number redacted pursuant to Fed. R. Civ. P. 5.2(a)(1))


Certificate
Video
LENDVIA
Step 1
Step 2
Step 3
Please provide your contact information.
Secured Lendvia uses 256 bit encryption to secure your information.
First Name *
Brian
Last Name *
McBride
Home Address
15 Seagarden
City *
Linwood
Zip Code *
Zip Code


Certificate
Video
LENDVIA
Brian
Last Name *
McBride
Home Address
15 Seagarden
City *
Linwood
Zip Code *
08221
Social Security Number *
REDACTED - FRCP 5.2(a)(1)
Email *
mcbride78@gmail.com
By clicking CONTINUE, I express my


Certificate
Video
LENDVIA
Linwood
Zip Code *
08221
Social Security Number *
REDACTED - FRCP 5.2(a)(1)
Email *
mcbride78@
By clicking CONTINUE, I express my understanding and consent electronically via E-sign that I acknowledge, agree and consent to receive email marketing and the Privacy Policy and Terms of Use which includes binding arbitration.
Continue
**This will not affect your credit score


Certificate
Video
LENDVIA
Secured Lendvia uses 256 bit encryption to secure your information.
Phone
3126722794
By clicking SUBMIT, I express my understanding and consent electronically via E-sign that I acknowledge, agree and consent to the Privacy Policy and Terms of Use which includes binding arbitration and I am providing express written consent for Lendvia to contact me by, calls and/or text at the phone number provided regarding scheduling and application status using any telephone dialing system, prerecorded/artificial voice messages and/or use of an automatic dialing device or system, as applicable sending text messages (Data & message rates may apply, messaging frequency varies: text HELP for help; text STOP to cancel) even if my telephone number is currently listed on any state or federal Do-Not-Call list. I may revoke this consent at any time and I am not required to opt in as a condition of these services. SMS consent will not be shared with third parties for their marketing purposes.
Submit
**This will not affect your credit score


Certificate
Video
LENDVIA
Secured Lendvia uses 256 bit encryption to secure your information.
Phone
3126722794
By clicking SUBMIT, I express my understanding and consent electronically via E-sign that I acknowledge, agree and consent to the Privacy Policy and Terms of Use which includes binding arbitration and I am providing express written consent for Lendvia to contact me by, calls and/or text at the phone number provided regarding scheduling and application status using any telephone dialing system, prerecorded/artificial voice messages and/or use of an automatic dialing device or system, as applicable sending text messages (Data & message rates may apply, messaging frequency varies: text HELP for help; text STOP to cancel) even if my telephone number is currently listed on any state or federal Do-Not-Call list. I may revoke this consent at any time and I am not required to opt in as a condition of these services. SMS consent will not be shared with third parties for their marketing purposes.
Submit
**This will not affect your credit score


Certificate
Video
LENDVIA
Submit
**This will not affect your credit score
yelp
30 YEARS
** We may initiate a soft pull of your credit report for review prior to providing rates and terms. This soft pull will not impact your credit score. Should you decide to lock in your rate and proceed with loan terms your credit report will be formally requested which will impact your score. Ácquiring a loan will also initiate reporting of repayment information.
Individual borrowers must be at least 18 years of age and have a valid social security number and checking account. All loans are subject to credit review for approval, terms and conditions may apply. Rates offered are between 4.99% APR and 34.99% APR for loan amounts from $5,000 to $100,000. The minimum