Mario Iskander, SBN #327025
ISKANDER LAW
1111 N. Brand Blvd Suite 308
Glendale CA 91202
Tel. (240) 439-1970
Email mario@iskanderlaw.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH JAMES and BRIAN McBRIDE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARSALAN GHANBARI; MOHAMMAD GHAFARINIA a/k/a MATT NIA; DANIEL GAVILANES; BETTER RISE CAPITAL LLC; BETTER TAX RELIEF, LLC; BETTER COMPANIES LLC; LENDVIA LLC; RANGE VIEW MANAGEMENT LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:26-cv-01489-FWS-BFM<br><br>**NOTICE OF WITHDRAWAL OF ERRONEOUSLY FILED PETITION TO COMPEL ARBITRATION [ECF 19]**<br><br>Judge: Hon. Fred W. Slaughter<br><br>Complaint Filed: June 11, 2026<br>FAC Filed: July 6, 2026 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants hereby withdraw the Petition to Compel Arbitration filed on August 25, 2026 [ECF No. 19].

The Petition was inadvertently filed using the ECF event for a "Petition to Compel Arbitration," which did not permit Defendants to select and notice a hearing date. Defendants have today filed a **Motion to Compel Arbitration [ECF No. 21]**, seeking the same relief and

properly noticed for hearing before the Honorable Fred W. Slaughter on **September 24, 2026, at 10:00 a.m.**

Accordingly, the August 25, 2026 Petition [ECF No. 19] is withdrawn as duplicative and superseded by the Motion to Compel Arbitration filed August 26, 2026. This withdrawal is solely administrative and is without prejudice to, and does not withdraw, waive, or otherwise affect, the relief requested in Defendants' pending Motion to Compel Arbitration.

Respectfully submitted,

ISKANDER LAW

Date: August 26, 2026

s/ /
Mario Iskander, Esq
Attorneys for Defendants

## PROOF OF SERVICE

I am over the age of 18 and am not a party to this action. My business address is 1111 N. Brand Blvd., Suite 308, Glendale, California 91202. On the date stated below I served the document described below on the parties listed below.

On August 26, 2026, I caused the foregoing document described as:

**NOTICE OF WITHDRAWAL OF ERRONEOUSLY FILED PETITION TO COMPEL ARBITRATION [ECF 19]**
to be served on the following parties:

| | |
|---|---|
| Mark L. Javitch (CA SBN 323729)<br>JAVITCH LAW OFFICE<br>3 East 3rd Ave., Ste. 200<br>San Mateo, CA 94401<br>Telephone: (650) 781-8000<br>Email: mark@javitchlawoffice.com | *Attorneys for Plaintiffs JOSEPH JAMES and BRIAN McBRIDE* |

[ ] (By U.S. Mail) I placed copies of the documents in sealed envelopes addressed as set forth above and deposited such envelopes in the mail at the United States Post Office in Orange County, California with postage thereon fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X ] BY ELECTRONIC SERVICE: By submitting an electronic version of the documents(s) to the addressee named above at his listed address for electronic communications, (email address) and by ECF.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

*/s/ Mario Iskander /*