Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343
mark@javitchlawoffice.com

*Attorneys for Plaintiffs Joseph James and Brian McBride*
and the Putative Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN McBRIDE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARSALAN GHANBARI; MOHAMMAD GHAFARINIA a/k/a MATT NIA; DANIEL GAVILANES; BETTER RISE CAPITAL LLC; BETTER TAX RELIEF, LLC; BETTER COMPANIES LLC; LENDVIA LLC; RANGE VIEW MANAGEMENT LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:26-cv-01489-FWS-BFM<br><br>**PLAINTIFF'S NOTICE OF RELATED CASE (L.R. 83-1.3)** |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 83-1.3.1, Plaintiff Brian McBride respectfully notifies the Court that this action is related to the following later-filed action pending in this District:

*Ghafarinia, et al. v. McBride & Blissick*, No. 8:26-cv-01922-MRA-PVC, assigned to the Honorable Mónica Ramírez Almadani.

This action was filed first and bears the lower case number. The two actions are related within the meaning of Local Rule 83-1.3.1 for the reasons that follow.

First, the actions arise from the same transaction, happening, or event. Both concern the same telephone calls and the same dealings between the parties. In this action, Plaintiff Brian McBride allege that Defendants — including Arsalan Ghanbari, Mohammad Ghafarinia, and Better Companies LLC — and the affiliated entities they direct placed unlawful telemarketing calls. In the later-filed *Ghafarinia* action, several of those same defendants sue Mr. McBride and Deborah Blissick based on Mr. McBride's reports of, and his prosecution of this action concerning, those very calls.

Second, the actions call for determination of the same or substantially related questions of law and fact. The claims in the *Ghafarinia* action are premised entirely on Mr. McBride's conduct in reporting and litigating the calls that are the subject of this action, and both actions turn on the same nucleus of facts.

Third, assignment of the actions to different judges would entail substantial duplication of labor. Because the two actions share the same operative facts and overlapping parties, separate proceedings before different judges would duplicate judicial and party effort and risk inconsistent rulings.

Plaintiff Brian McBride was added to this action by the First Amended Complaint, filed July 6, 2026. The claims asserted against Mr. McBride in the *Ghafarinia* action were compulsory counterclaims in this first-filed action under Federal Rule of Civil Procedure 13(a). No Notice of Related Cases was filed when the *Ghafarinia* action was commenced; Plaintiffs file this Notice to bring the relationship to the Court's attention.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2026, I electronically filed the foregoing Plaintiffs' Notice of Related Case with the Clerk of the Court for the United States District Court for the Central District of California using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: September 21, 2026 Respectfully submitted,

By: /s/ Mark L. Javitch

Mark L. Javitch (CA SBN 323729)
JAVITCH LAW OFFICE
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Fax: (650) 300-0343
mark@javitchlawoffice.com

*Attorneys for Plaintiffs Joseph James and Brian McBride and the Putative Class*