UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:26-cv-01489-FWS-BFM Date: September 18, 2026

Title: Joseph James *et al.* v. Better Rise Capital LLC *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Damian Velazquez for Rolls Royce Paschal | N/A |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION [26]**

In this case, Plaintiffs Joseph James ("James") and Brian McBride ("McBride") allege Defendants Arsalan Ghanbari, Mohammad Ghafarinia, Daniel Gavilanes, Better Rise Capital LLC, Better Tax Relief, LLC, Better Companies LLC, Lendvia LLC, and Range View Management LLC violated the Telephone Consumer Protection Act. (*See generally* Dkt. 10 (First Amended Complaint).) The court recently granted as unopposed two motions: Defendants' (1) motion to compel McBride's claims to arbitration, and (2) motion to dismiss the First Amended Complaint. (Dkt. 25 ("Order").) However, in the conclusion of the Order, the court inadvertently mixed up the two Plaintiffs' names: the court ordered James' claims to arbitration and dismissed McBride's claims, when it should have ordered McBride's claims to arbitration and dismissed James' claims. (*See id.* at 2.)

When Plaintiffs noticed the error, they contacted Defendants seeking a stipulation "so that the Order would conform to the relief Defendants' motion requested," but "Defendants declined to so stipulate." (Dkt. 26-1 ¶ 5.) Now before the court is Plaintiffs' motion for reconsideration in which they ask the court to correct the court's error. (Dkt. 26 ("Motion").)

Based on the record, as applied to the relevant law, the court **GRANTS** the Motion. The court will issue an amended Order.