Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343
mark@javitchlawoffice.com

*Attorney for Plaintiff*
and the Putative Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JAMES, individually, and on behalf of all similarly situated,<br>Plaintiff,<br>v.<br>ARSALAN GHANBARI; MOHAMMAD GHAFARINIA a/k/a MATT NIA; BETTER RISE CAPITAL LLC; RANGE VIEW MANAGEMENT LLC; and DOES 1 through 10, inclusive,<br>Defendant. | Case No.: 8:26-cv-01489-FWS-BFM<br><br>**NOTICE OF WITHDRAWAL OF SECOND AMENDED COMPLAINT FILED BY BRIAN MCBRIDE (ECF NO. 27)** |

PLEASE TAKE NOTICE that Brian McBride hereby withdraws the Second Amended Complaint (ECF No. 27), filed September 17, 2026.

On September 18, 2026, the Court entered its Amended Order (ECF No. 30) compelling Mr. McBride's claims to arbitration. Mr. McBride will pursue those claims in the arbitral forum and does not seek relief from that Order. Plaintiff Joseph James has since filed his Second Amended Complaint pursuant to the leave granted in the Amended

Order, and that James-only pleading is now the operative complaint in this action. (ECF No. 31). The Second Amended Complaint filed at ECF No. 27 is therefore superseded, and Mr. McBride withdraws it to conform the docket to the Court's Amended Order and to the operative pleading.

This withdrawal is without prejudice to Mr. McBride's claims, which he will pursue in arbitration, and does not affect Plaintiff Joseph James or his operative Second Amended Complaint.

Dated: September 23, 2026

Respectfully submitted,

By: /s/ Mark L. Javitch

Mark L. Javitch (CA SBN 323729)
JAVITCH LAW OFFICE
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Fax: (650) 300-0343
mark@javitchlawoffice.com

*Attorney for Plaintiff*
*and the putative classes*

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Mark L. Javitch
Mark L. Javitch