Mark L. Javitch (CA SBN 323729)
mark@javitchlawoffice.com
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JAMES, an individual,<br>Plaintiff,<br>v.<br>ARSALAN GHANBARI; MOHAMMAD GHAFARINIA a/k/a MATT NIA; BETTER RISE CAPITAL LLC; RANGE VIEW MANAGEMENT LLC; and DOES 1 through 10, inclusive,<br>Defendant. | Case No.: 8:26-cv-01489-FWS-BFM<br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that JOSEPH JAMES ("Plaintiff") and ARSALAN GHANBARI; MOHAMMAD GHAFARINIA a/k/a MATT NIA; BETTER RISE CAPITAL LLC; RANGE VIEW MANAGEMENT LLC, ("Defendants" or together, "Parties"), in the above-captioned case have reached a settlement on an individual basis. The Parties request that the Court maintain jurisdiction and set the deadline to complete the settlement within 60 days or by December 28, 2027.

Respectfully submitted,

Dated: October 29, 2026

By: /s/ Mark L. Javitch

Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343
mark@javitchlawoffice.com

*Attorney for Plaintiff*